B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mottola, Marcello R** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mottola, Stefanie I** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **5400** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **3806** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**24212 139th Ave SE<br>Kent, WA**<br>ZIPCODE **98042** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**24212 139th Ave SE<br>Kent, WA**<br>ZIPCODE **98042** |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business:<br>**King** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached
- [x] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Mottola, Marcello R & Mottola, Stefanie I** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed: **Central District Of California** | Case Number: <br> **Not Sure** | Date Filed: <br> **1989** |
|---|---|---|
| Location <br> Where Filed: **N/A** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X **/s/ Mark McClure**      **5/25/12** <br>   Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Mottola, Marcello R & Mottola, Stefanie I** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marcello R Mottola**
Signature of Debtor            **Marcello R Mottola**

X **/s/ Stefanie I Mottola**
Signature of Joint Debtor        **Stefanie I Mottola**

**(253) 630-6606**
Telephone Number (If not represented by attorney)

**May 25, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Mark McClure**
Signature of Attorney for Debtor(s)

**Mark McClure 24393**
**Mark McClure**
**1103 West Meeker Street, Ste 101**
**Kent, WA  98032**
**(253) 631-6484**
**mark@northwestbk.com**

**May 25, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Washington

IN RE:                                                    Case No. _____

**Mottola, Marcello R**                                  Chapter **13**
_____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Marcello R Mottola** _____

Date: **May 25, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE:                                                    Case No. _____

**Mottola, Stefanie I** _____    Chapter **13** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Stefanie I Mottola** _____

Date: **May 25, 2012** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**                                                          Case No. _____

**Mottola, Marcello R & Mottola, Stefanie I** _____     Chapter **13** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                           the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                   the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Mottola, Marcello R & Mottola, Stefanie I** _____     **X** */s/ Marcello R Mottola*            **5/25/2012**
Printed Name(s) of Debtor(s)                                  Signature of Debtor                     Date

Case No. (if known) _____     **X** */s/ Stefanie I Mottola*              **5/25/2012**
                                                   Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Washington

**IN RE:**                                                          Case No. _____

**Mottola, Marcello R & Mottola, Stefanie I** _____     Chapter **13**
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 245,000.00 | | |
| B - Personal Property | Yes | 3 | $ 159,590.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 372,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 2,680.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,588.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 3,389.00 |
| TOTAL | | 25 | $ 404,590.00 | $ 374,680.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Western District of Washington

**IN RE:**                                                                     Case No. _____

**Mottola, Marcello R & Mottola, Stefanie I** _____    Chapter **13** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $        0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $        0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $        0.00 |
| Student Loan Obligations (from Schedule F) | $        0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $        0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $        0.00 |
| **TOTAL** | $        0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $        5,588.75 |
| Average Expenses (from Schedule J, Line 18) | $        3,389.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $        6,512.56 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $     124,500.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $        0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $        0.00 |
| 4. Total from Schedule F | | $        2,680.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $     127,180.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I                         Case No. _____

Debtor(s)                                  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at: 24212 139th Ave SE, Kent, WA 98042 purchased 2000 for $244k; present value: $245k per appraisal** | **Fee Simple** | **C** | **245,000.00** | **348,000.00** |
| | | | **TOTAL** **245,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____

Debtor(s)                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | C | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank:  BECU** | C | 2,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Appliances** | C | 750.00 |
| | | **Home eletronics** | C | 2,500.00 |
| | | **Household goods** | C | 4,500.00 |
| | | **tools / yard equipment** | C | 350.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Antiques** | C | 1,000.00 |
| | | **Books, pictures and art** | C | 500.00 |
| | | **Cds** | C | 75.00 |
| | | **Coins** | C | 100.00 |
| | | **Dvds** | C | 50.00 |
| 6.  Wearing apparel. | | **Clothing** | C | 400.00 |
| 7.  Furs and jewelry. | | **Jewelry; watches; pawn value** | C | 700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Bikes; scooter** | C | 850.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | C | 125,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mottola, Marcello R & Mottola, Stefanie I**      Case No. _____

                          Debtor(s)                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Vested / and unvested Comcast stock** | C | 7,500.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2011 Tax Refund** | C | 1,600.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1966 Corvair** | C | 5,000.00 |
| | | **2001 Honda Odyssey** | C | 5,000.00 |
| | | **2001 Pontiac Grand Am** | C | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
                                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **1 dog; 1 cat** | C | 175.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **159,590.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **Mottola, Marcello R & Mottola, Stefanie I** _____ Case No. _____
_____Debtor(s)_____                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **11 USC § 522(d)(5)** | 40.00 | 40.00 |
| **Bank:  BECU** | **11 USC § 522(d)(5)** | 2,260.00 | 2,500.00 |
| | **11 USC § 522(d)(5)** | 240.00 | |
| **Appliances** | **11 USC § 522(d)(3)** | 750.00 | 750.00 |
| **Home eletronics** | **11 USC § 522(d)(3)** | 2,500.00 | 2,500.00 |
| **Household goods** | **11 USC § 522(d)(3)** | 4,500.00 | 4,500.00 |
| **tools / yard equipment** | **11 USC § 522(d)(3)** | 350.00 | 350.00 |
| **Anticques** | **11 USC § 522(d)(3)** | 1,000.00 | 1,000.00 |
| **Books, pictures and art** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Cds** | **11 USC § 522(d)(3)** | 75.00 | 75.00 |
| **Coins** | **11 USC § 522(d)(3)** | 100.00 | 100.00 |
| **Dvds** | **11 USC § 522(d)(3)** | 50.00 | 50.00 |
| **Clothing** | **11 USC § 522(d)(3)** | 400.00 | 400.00 |
| **Jewelry; watches; pawn value** | **11 USC § 522(d)(4)** | 700.00 | 700.00 |
| **Bikes; scooter** | **11 USC § 522(d)(3)** | 850.00 | 850.00 |
| **401k** | **11 USC § 522(d)(12)** | 125,000.00 | 125,000.00 |
| **Vested / and unvested Comcast stock** | **11 USC § 522(d)(5)** | 7,500.00 | 7,500.00 |
| **2011 Tax Refund** | **11 USC § 522(d)(5)** | 1,600.00 | 1,600.00 |
| **1966 Corvair** | **11 USC § 522(d)(5)** | 5,000.00 | 5,000.00 |
| **2001 Honda Odyssey** | **11 USC § 522(d)(2)** | 2,500.00 | 5,000.00 |
| **2001 Pontiac Grand Am** | **11 USC § 522(d)(2)** | 1,000.00 | 1,000.00 |
| **1 dog; 1 cat** | **11 USC § 522(d)(3)** | 175.00 | 175.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### Continuation Sheet - Page 1 of 1

**ADDENDUM TO SCHEDULE C**

**INTENT OF DEBTOR TO EXEMPT ASSET WHERE ASSET FACIALLY FULLY EXEMPTED SUBJECT TO EXEMPTION LIMITS**

**Where the debtor has specified a specific dollar amount for the value of an asset in schedules A, B, and C, and the dollar amount of the exemption, subject to the referenced exemption statute limits, equals or exceeds the net value of that asset after deducting for all secured claims, it is the debtor's clear intent to exempt the entire asset upon expiration of the time limit specified in Rule 4003 and not merely the exemption amount listed against that asset.**

**Unless otherwise stated, the values listed in schedules A and B is based on the debtor's best estimate of the liquidation value after the cost of sale for that asset or if a category of asset is listed the aggregate value of the assets within that category.  The relevant date for valuation is the date that the petition was filed.**

**As an example, if the debtor's residence value is declared as $100,000 in Schedule A, the mortgage owing is listed as $75,000 in Schedule D, and the debtor claims a $25,000 in Schedule C, then the debtor's intent is to claim the entire asset as exempt.**

**The purpose of this addendum is to make it clear to lenders and bona fide purchasers that property of the estate belongs to the debtor after that property revests in the debtor.**

**This addendum is made in accord with dicta supplied in Schwab v. Reilly, Cite as: 560 U. S. ____ (2010), Pages 20, 21:**

**'"Where, as here, it is important to the debtor to exempt the full market value of the asset or the asset itself, our decision will encourage the debtor to declare the value of her claimed exemption in a manner that makes the scope of the exemption clear...."'**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mottola, Marcello R & Mottola, Stefanie I</u>                    Case No. _____
Debtor(s)                                    (If known)

<h1 align="center">SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS</h1>

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**King County**<br>**500 4th Ave  Room 613**<br>**Seattle, WA  98104** | C | | **Back Property Taxes**<br><br>VALUE $ **245,000.00** | | | | **10,000.00** | **10,000.00** |
| ACCOUNT NO.<br>**King County**<br>**500 4th Ave  Room 613**<br>**Seattle, WA  98104** | C | | **For Means test calculations only (future property Tax)**<br><br>VALUE $ | | | | **21,500.00** | **21,500.00** |
| ACCOUNT NO. **9001**<br>**Wells Fargo**<br>**Po Box 29704**<br>**Phoenix, AZ  85038** | C | | **Car Loan on Honda**<br><br>VALUE $ **5,000.00** | | | | **2,500.00** | |
| ACCOUNT NO.<br>**Wells Fargo**<br>**ATTENTION: BANKRUPTCY**<br>**Po Box 29704**<br>**Phoenix, AZ  85038** | | | **Assignee or other notification for:**<br>**Wells Fargo**<br><br>VALUE $ | | | | | |

<u>     1     </u> continuation sheets attached

Subtotal<br>(Total of this page)    $ **34,000.00**    $ **31,500.00**

Total<br>(Use only on last page)    $    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I      Case No. _____
Debtor(s)             (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2994** <br><br>**Wellsfargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | C | 1st Deed of Trust <br><br><br> VALUE $ **245,000.00** | | | | **284,000.00** | **39,000.00** |
| ACCOUNT NO. **1455** <br><br>**Wff Cards**<br>**Cscl Dispute Team**<br>**Des Moines, IA 50306** | | C | 2nd deed of Trust <br><br><br> VALUE $ **245,000.00** | | | | **54,000.00** | **54,000.00** |
| ACCOUNT NO. <br><br>**FMS Inc**<br>**4915 S Union Ave**<br>**Tulsa, OK 74107** | | | Assignee or other notification for: Wff Cards <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br>**Wff Cards**<br>**ATTENTION: BANKRUPTCY**<br>**Po Box 10438**<br>**Des Moines, IA 50306** | | | Assignee or other notification for: Wff Cards <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **338,000.00**   $ **93,000.00**

Total (Use only on last page)    $ **372,000.00**   $ **124,500.00**

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Mottola, Marcello R & Mottola, Stefanie I**                    Case No. _____

_____
Debtor(s)                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7482** <br><br>**Action Card/bankfirst <br>Po Box 105555 <br>Atlanta, GA 30348** | | C | **Revolving account opened 6/98** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Action Card/bankfirst <br>Po Box 105555 <br>Atlanta, GA 30348** | | | **Assignee or other notification for: <br>Action Card/bankfirst** | | | | |
| ACCOUNT NO. **8753** <br><br>**Amex <br>Po Box 297871 <br>Fort Lauderdale, FL 33329** | | H | **Open account opened 9/95** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Amex <br>AMERICAN EXPRESS SPECIAL RESEARCH <br>Po Box 981540 <br>El Paso, TX 79998** | | | **Assignee or other notification for: <br>Amex** | | | | |

__9__ continuation sheets attached

| | Subtotal <br>(Total of this page) | $ |
|---|---|---|
| | Total <br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

IN RE **Mottola, Marcello R & Mottola, Stefanie I**       Case No. _____
                 Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3594**<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | C | **Revolving account opened 5/01** | | | X | **156.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**ATTENTION: RECOVERY DEPARTMENT**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO. **4861**<br>**Beneficial/hfc**<br>**Po Box 3425**<br>**Buffalo, NY 14240** | | C | **Installment account opened 3/04** | | | | **0.00** |
| ACCOUNT NO.<br>**Beneficial/hfc**<br>**ATTN: BANKRUPTCY DEPARTMENT**<br>**Po Box 5263**<br>**Carol Stream, IL 60197** | | | **Assignee or other notification for:**<br>**Beneficial/hfc** | | | | |
| ACCOUNT NO. **7820**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | H | **Revolving account opened 12/10** | | | | **633.00** |
| ACCOUNT NO.<br>**Cap One**<br>**CAPITAL ONE BANK (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **5902**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | W | **Revolving account opened 1/02** | | | | **0.00** |

Sheet no. **1** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **789.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____  Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Cap One** <br> **CAPITAL ONE BANK (USA) N.A.** <br> **Po Box 30285** <br> **Salt Lake City, UT  84130** | | | **Assignee or other notification for:** <br> **Cap One** | | | | |
| ACCOUNT NO. <br> **Centurylink** <br> **Pob 29040** <br> **Phoenix, AZ  85038** | | W | **Open account opened 4/11** | | | | **0.00** |
| ACCOUNT NO. <br> **Eos Cca** <br> **CAPITAL ONE BANK (USA) N.A.** <br> **700 Longwater Dr** <br> **Norwell, MA  02061** | | | **Assignee or other notification for:** <br> **Centurylink** | | | | |
| ACCOUNT NO. **3840** <br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | H | **Revolving account opened 4/98** | | | | **0.00** |
| ACCOUNT NO. <br> **Chase** <br> **ATTENTION: BANKRUPTCY** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **Assignee or other notification for:** <br> **Chase** | | | | |
| ACCOUNT NO. **6386** <br> **Chase-pier1** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | C | **Revolving account opened 4/01** | | | | **0.00** |
| ACCOUNT NO. <br> **Chase-pier1** <br> **ATTN: BANKRUPTCY** <br> **Po Box 15298** <br> **Wilmington, DE  19850** | | | **Assignee or other notification for:** <br> **Chase-pier1** | | | | |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4706**<br>**Citi**<br>**Pob 6241**<br>**Sioux Falls, SD  57117** | | H | **Revolving account opened 5/87** | | | | **0.00** |
| ACCOUNT NO.<br>**Citi**<br>**ATTN: CENTRALIZED BANKRUPTCY**<br>**Po Box 20507**<br>**Kansas City, MO  64195** | | | Assignee or other notification for:<br>**Citi** | | | | |
| ACCOUNT NO. **7694**<br>**Citi Shell**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | C | **Revolving account opened 3/96** | | | | **0.00** |
| ACCOUNT NO.<br>**Citi Shell**<br>**CITICORP CREDIT SERVICES/ATTN: CENTRALIZ**<br>**Po Box 20507**<br>**Kansas City, MO  64195** | | | Assignee or other notification for:<br>**Citi Shell** | | | | |
| ACCOUNT NO.<br>**Fife Municiple Court**<br>**3737 Pacific Hwy E**<br>**Fife, WA  98424** | | H | **Open account opened 8/10**<br>**WDL MOTTOMR340DU**<br>**WDL MOTTOSI339DK** | | | | **177.00** |
| ACCOUNT NO.<br>**Allianceone Inc**<br>**CITICORP CREDIT SERVICES/ATTN: CENTRALIZ**<br>**6565 Kimball Dr**<br>**Gig Harbor, WA  98335** | | | Assignee or other notification for:<br>**Fife Municiple Court** | | | | |
| ACCOUNT NO.<br>**Allianceone Inc**<br>**ATTN: BANKRUPTCY**<br>**Po Box 2449**<br>**Gig Harbor, WA  98335** | | | Assignee or other notification for:<br>**Fife Municiple Court** | | | | |

Sheet no. **3** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **177.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Mottola, Marcello R & Mottola, Stefanie I</u>                    Case No. _____
                                            Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Department Of Licensing** <br> **Attention Bankruptcy** <br> **PO Box 9030** <br> **Olympia, WA  98507** | | | **Assignee or other notification for:** <br> **Fife Municiple Court** | | | | |
| ACCOUNT NO. <br> **Washington Dept Of Licensing** <br> **POB 9031** <br> **Olympia, WA  98507-9031** | | | **Assignee or other notification for:** <br> **Fife Municiple Court** | | | | |
| ACCOUNT NO. **0815** <br> **Gecrb/jcp** <br> **Po Box 965005** <br> **Orlando, FL  32896** | | C | **Revolving account opened 11/97** | | | | **0.00** |
| ACCOUNT NO. <br> **Gecrb/jcp** <br> **ATTENTION:  BANKRUPTCY** <br> **Po Box 103104** <br> **Roswell, GA  30076** | | | **Assignee or other notification for:** <br> **Gecrb/jcp** | | | | |
| ACCOUNT NO. **1647** <br> **Kohls/capone** <br> **Po Box 3115** <br> **Milwaukee, WI  53201** | | H | **Revolving account opened 11/08** | | | | **1,429.00** |
| ACCOUNT NO. **8774** <br> **Sears/cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD  57117** | | C | **Revolving account opened 10/87** | | | | **0.00** |
| ACCOUNT NO. <br> **Seattle Munciple Court** <br> **600 5th Ave** <br> **Seattle, WA  98104** | | C | **WDL MOTTOMR340DU** <br> **WDL MOTTOSI339DK** | | | | **78.00** |

Sheet no. **4** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,507.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Allianceone<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO.<br><br>Allianceone<br>ATTN: BANKRUPTCY<br>Po Box 2449<br>Gig Harbor, WA 98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO.<br><br>Department Of Licensing<br>Attention Bankruptcy<br>PO Box 9030<br>Olympia, WA 98507 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO.<br><br>Seattle Munciple Court<br>600 5th Ave<br>Seattle, WA 98104 | C | | WDL MOTTOMR340DU<br>WDL MOTTOSI339DK | | | | 69.00 |
| ACCOUNT NO.<br><br>Allianceone<br>ATTN: BANKRUPTCY<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO.<br><br>Allianceone<br>ATTN: BANKRUPTCY<br>Po Box 2449<br>Gig Harbor, WA 98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO.<br><br>Department Of Licensing<br>Attention Bankruptcy<br>PO Box 9030<br>Olympia, WA 98507 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **69.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____  Case No. _____
_____ Debtor(s) _____  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Seattle Munciple Court<br>600 5th Ave<br>Seattle, WA  98104 | C | | WDL MOTTOMR340DU<br>WDL MOTTOSI339DK | | | | **69.00** |
| ACCOUNT NO. <br><br>Allianceone<br>ATTN: BANKRUPTCY<br>6565 Kimball Dr<br>Gig Harbor, WA  98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO. <br><br>Allianceone<br>ATTN: BANKRUPTCY<br>Po Box 2449<br>Gig Harbor, WA  98335 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO. <br><br>Department Of Licensing<br>Attention Bankruptcy<br>PO Box 9030<br>Olympia, WA  98507 | | | Assignee or other notification for:<br>Seattle Munciple Court | | | | |
| ACCOUNT NO. <br><br>Seattle Municipal Court<br>POB 34987<br>Seattle, WA  98124-4987 | C | | WDL MOTTOMR340DU<br>WDL MOTTOSI339DK | | | | **69.00** |
| ACCOUNT NO. <br><br>Allianceone<br>ATTN: BANKRUPTCY<br>6565 Kimball Dr<br>Gig Harbor, WA  98335 | | | Assignee or other notification for:<br>Seattle Municipal Court | | | | |
| ACCOUNT NO. <br><br>Allianceone<br>ATTN: BANKRUPTCY<br>Po Box 2449<br>Gig Harbor, WA  98335 | | | Assignee or other notification for:<br>Seattle Municipal Court | | | | |

Sheet no. **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **138.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
 _____
 Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Department Of Licensing**<br>**Attention Bankruptcy**<br>**PO Box 9030**<br>**Olympia, WA  98507** | | | **Assignee or other notification for:**<br>**Seattle Municipal Court** | | | | |
| ACCOUNT NO. **2915**<br>**Target N.b.**<br>**Po Box 673**<br>**Minneapolis, MN  55440** | | W | **Revolving account opened 11/01** | | | | **0.00** |
| ACCOUNT NO.<br>**Target N.b.**<br>**C/O FINANCIAL & RETAIL SERVICES**<br>**Mailstop Bv   P.o.box 9475**<br>**Minneapolis, MN  55440** | | | **Assignee or other notification for:**<br>**Target N.b.** | | | | |
| ACCOUNT NO. **0001**<br>**Toyota Motor Credit**<br>**Address Not Available**<br>**Atlanta, GA  30309** | | C | **Installment account opened 8/03** | | | | **0.00** |
| ACCOUNT NO.<br>**Toyota Motor Credit**<br>**TOYOTA FINANCIAL SERVICES**<br>**Po Box 8026**<br>**Cedar Rapids, IA  52408** | | | **Assignee or other notification for:**<br>**Toyota Motor Credit** | | | | |
| ACCOUNT NO. **6144**<br>**Wff Cards**<br>**Cscl Dispute Team**<br>**Des Moines, IA  50306** | | C | **Revolving account opened 4/06** | | | | **0.00** |
| ACCOUNT NO.<br>**Wff Cards**<br>**ATTENTION: BANKRUPTCY**<br>**Po Box 10438**<br>**Des Moines, IA  50306** | | | **Assignee or other notification for:**<br>**Wff Cards** | | | | |

Sheet no. **7** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Mottola, Marcello R & Mottola, Stefanie I</u>      Case No. _____
                       Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4698**<br><br>**Wff Cards**<br>**Cscl Dispute Team**<br>**Des Moines, IA  50306** | | C | **Creditline account opened 8/05** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Wff Cards**<br>**ATTENTION: BANKRUPTCY**<br>**Po Box 10438**<br>**Des Moines, IA  50306** | | | **Assignee or other notification for:**<br>**Wff Cards** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**8**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,680.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Continuation Sheet - Page 9 of 9

The debtor reserves the right to object to any proof of claim that is not filed in compliance with Rule 3001 of the Bankruptcy Rules and furthermore reserves any and all claims, causes of action, offsets, or defenses the debtor may have with respect to any such claim. Furthermore, to the extent a filed proof of claim is inconsistent with this schedule or any other schedules or statements filed in this case, than and in that event, the debtor reserves the right to object and to pursue any and all legal claims related to or arising out of the transactions or occurrences giving rise to and otherwise related with the said claim or claims. To the extent the debtor raises an objection to a filed proof of claim, or to a notice of transfer of a filed claim, or files any adversary proceeding related to such an original claim or a transferred claim, then and in the event this plan and petition shall be deemed to be automatically amended so as to indicate that such a claim is disputed, contingent, or unliquidated. The debtor also reserves to the estate or the debtor all claims or causes of action that he may have, could have or might have based on any claim filed with the Trustee in this case by any creditor, assignee, or transferee and nothing in this Plan or in these Schedules shall be deemed a waiver of any such claims or causes of action.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Mottola, Marcello R & Mottola, Stefanie I</u>                    Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I _____ Case No. _____
<span style="float:right">(If known)</span>

Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Mottola, Marcello R & Mottola, Stefanie I</u>    Case No. _____
         Debtor(s)                (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | | AGE(S):<br>**15**<br>**12** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sr Producer** | **Customer Services Rep** |
| Name of Employer | **Comcast** | **Zulily** |
| How long employed | **21 years** | **1 months** |
| Address of Employer | **9602 S 300W**<br>**Sandy, UT 84070-3340** | **2200 1st Ave S - Suite 400**<br>**Seattle, WA 98134** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | **4,904.62** $ | **1,920.00** |
| 2. Estimated monthly overtime | $ | **55.62** $ | **270.00** |
| **3. SUBTOTAL** | $ | **4,960.24** | **2,190.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|  a. Payroll taxes and Social Security | $ | **602.24** $ | **188.00** |
|  b. Insurance | $ | **378.87** $ | |
|  c. Union dues | $ | $ | |
|  d. Other (specify) **ESPP** | $ | **392.38** $ | |
| | $ | $ | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **1,373.49** $ | **188.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **3,586.75** | **2,002.00** |
| | | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ | |
| 8. Income from real property | $ | $ | |
| 9. Interest and dividends | $ | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor's for the debtor's use or that of dependents listed above | $ | $ | |
| 11. Social Security or other government assistance | | | |
|  (Specify) _____ | $ | $ | |
| | $ | $ | |
| 12. Pension or retirement income | $ | $ | |
| 13. Other monthly income | | | |
|  (Specify) _____ | $ | $ | |
| | $ | $ | |
| | $ | $ | |
| | | | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ | |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **3,586.75** $ | **2,002.00** |

| **16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | **5,588.75** |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Mottola, Marcello R & Mottola, Stefanie I</u>       Case No. _____
Debtor(s)                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)      $ _____
    a. Are real estate taxes included?   Yes ____ No ✓
    b. Is property insurance included?   Yes ✓ No ____
2. Utilities:
    a. Electricity and heating fuel                               $ _____ **250.00**
    b. Water and sewer                                            $ _____ **100.00**
    c. Telephone                                                  $ _____
    d. Other   **See Schedule Attached** _____ $ _____ **354.00**
    _____ $ _____
3. Home maintenance (repairs and upkeep)                     $ _____ **110.00**
4. Food                                                            $ _____ **875.00**
5. Clothing                                                    $ _____ **200.00**
6. Laundry and dry cleaning                               $ _____
7. Medical and dental expenses                            $ _____ **150.00**
8. Transportation (not including car payments)            $ _____ **500.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ _____ **100.00**
10. Charitable contributions                                $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                          $ _____ **100.00**
    b. Life                                                 $ _____ **175.00**
    c. Health                                              $ _____
    d. Auto                                              $ _____ **100.00**
    e. Other                                            $ _____
    _____ $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____ $ _____
    _____ $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                            $ _____
    b. Other _____ $ _____
    _____ $ _____
14. Alimony, maintenance, and support paid to others        $ _____
15. Payments for support of additional dependents not living at your home   $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   $ _____
17. Other   **See Schedule Attached** _____ $ _____ **375.00**
    _____ $ _____
    _____ $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $ _____ **3,389.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I         $ _____ **5,588.75**
    b. Average monthly expenses from Line 18 above           $ _____ **3,389.00**
    c. Monthly net income (a. minus b.)                   $ _____ **2,199.75**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 2

Other Utilities (DEBTOR)
| | |
|---|---|
| **Cable, Internet, Phone** | **50.00** |
| **Cell Phone - Family Package** | **200.00** |
| **Garbage** | **40.00** |
| **HOA Dues** | **64.00** |

Other Expenses (DEBTOR)
| | |
|---|---|
| **Misc** | **50.00** |
| **Personal Care** | **100.00** |
| **Pet Food And Care- 1 Dog & 1 Cat, Vet, Food, Etc** | **75.00** |
| **School / Supports / Materials / Etc** | **100.00** |
| **Musical Equipment** | **50.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

**To the Best of my/our knowledge:**

**I/we have disclosed in the foregoing ALL assets (things that can be turned into money like: money, CDs, timeshares, loans to friends or family, law suits that I have or could bring).**

**I/we have disclosed in the foregoing ANYONE or ANYBODY (including friends and family) that I/we may owe money to.**

**I/we**

**_____ have paid ANY money or given ANYTHING to friends or family in the last 12 months.;**

**_____have NOT paid ANY money or given ANYTHING to friends or family in the last 12 months.**

**All Filers:**
**_____     _____ I/we understand that we CANNOT sell or give away any property or money while I am/we are in the bankruptcy UNTIL it is over.  This includes savings, 401ks, IRAs, vehicles, etc.**

**Chapter 13 Fillers:**
**_____     _____ I/we understand that we CANNOT borrow any money or get a loan while we are in a Chapter 13 bankruptcy without obtaining Court Approval; AND, we understand that this approval can take between 30 to 45 days typically.**

**_____     _____ I/we Certify that we have CAREFULLY reviewed the creditors listed in Schedules D, E, and F and that ALL individuals and companies that we owe money to or we think money maybe owed to (even if we disagree) have been listed.  I/we FURTHER understand that if any creditors are not listed for ANY REASON and we want to add them after we file there are ADDITIONAL fees we will need to pay per our FEE AGREEMENT.**

_____
**Debtor**


_____
**CoDebtor**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Mottola, Marcello R & Mottola, Stefanie I                    Case No. _____
_____
Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 25, 2012** _____     Signature: */s/ Marcello R Mottola* _____
                                                                   **Marcello R Mottola**                                        Debtor

Date: **May 25, 2012** _____     Signature: */s/ Stefanie I Mottola* _____
                                                                   **Stefanie I Mottola**                            (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE:                                          Case No. _____

Mottola, Marcello R & Mottola, Stefanie I             Chapter **13**
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 60,224.00 | 2011 Gross Wage Income - H (YTD from 12-30-11 paycheck) |
| 17,513.00 | 2011 Gross Income - W YTD on 12-22-11 paycheck |
| 29,280.00 | 2012 YTD combined wage income (as of 5-4-12) |

### 2. Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 10,541.00 | 2011 Gross Unemployment comp - Stefanie |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Mark McClure**
**1103 West Meeker Street, Ste 101**
**Kent, WA 98032**

AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY
**900.00**

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **May 25, 2012**            Signature  */s/ Marcello R Mottola*

                                 of Debtor                                              **Marcello R Mottola**

Date: **May 25, 2012**            Signature  */s/ Stefanie I Mottola*

                                 of Joint Debtor                              **Stefanie I Mottola**

                                 (if any)

                           **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE:                                                  Case No. _____

Mottola, Marcello R & Mottola, Stefanie I             Chapter **13** _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,500.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **900.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **2,600.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **Contract attorney may be hired to cover various hearings at no additional cost to client other than specified in fee agreement.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation in excess of the initial $3,500 per fee agreement billed at the rate of $375/hr (or as annually adjusted)**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**May 25, 2012**_____      **/s/ Mark McClure**
                Date                            **Mark McClure 24393**
                                                 **Mark McClure**
                                                 **1103 West Meeker Street, Ste 101**
                                                 **Kent, WA 98032**
                                                 **(253) 631-6484**
                                                 **mark@northwestbk.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                    Case No. _____

Mottola, Marcello R & Mottola, Stefanie I                Chapter **13**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May 25, 2012** _____        Signature: */s/ Marcello R Mottola* _____
                                                    **Marcello R Mottola**                                    Debtor


Date: **May 25, 2012** _____        Signature: */s/ Stefanie I Mottola* _____
                                                    **Stefanie I Mottola**                               Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Action Card/bankfirst
Po Box 105555
Atlanta, GA  30348


Allianceone
6565 Kimball Dr
Gig Harbor, WA  98335


Allianceone
ATTN: BANKRUPTCY
Po Box 2449
Gig Harbor, WA  98335


Allianceone
ATTN: BANKRUPTCY
6565 Kimball Dr
Gig Harbor, WA  98335


Allianceone Inc
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
6565 Kimball Dr
Gig Harbor, WA  98335


Allianceone Inc
ATTN: BANKRUPTCY
Po Box 2449
Gig Harbor, WA  98335


Amex
Po Box 297871
Fort Lauderdale, FL  33329


Amex
AMERICAN EXPRESS SPECIAL RESEARCH
Po Box 981540
El Paso, TX  79998

Bank Of America
Po Box 1598
Norfolk, VA  23501


Bank Of America
ATTENTION: RECOVERY DEPARTMENT
4161 Peidmont Pkwy.
Greensboro, NC  27410


Beneficial/hfc
Po Box 3425
Buffalo, NY  14240


Beneficial/hfc
ATTN: BANKRUPTCY DEPARTMENT
Po Box 5263
Carol Stream, IL  60197


Cap One
Po Box 85520
Richmond, VA  23285


Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT  84130


Centurylink
Pob 29040
Phoenix, AZ  85038


Chase
Po Box 15298
Wilmington, DE  19850

```
Chase
ATTENTION: BANKRUPTCY
Po Box 15298
Wilmington, DE  19850


Chase-pier1
Po Box 15298
Wilmington, DE  19850


Chase-pier1
ATTN: BANKRUPTCY
Po Box 15298
Wilmington, DE  19850


Citi
Pob 6241
Sioux Falls, SD  57117


Citi
ATTN: CENTRALIZED BANKRUPTCY
Po Box 20507
Kansas City, MO  64195


Citi Shell
Po Box 6497
Sioux Falls, SD  57117


Citi Shell
CITICORP CREDIT SERVICES/ATTN: CENTRALIZ
Po Box 20507
Kansas City, MO  64195


Department Of Licensing
Attention Bankruptcy
PO Box 9030
Olympia, WA  98507
```

```
Eos Cca
CAPITAL ONE BANK (USA) N.A.
700 Longwater Dr
Norwell, MA  02061


Equifax Info Services
POB 740241
Atlanta, GA  30374


Experian Profile Maintenance
POB 9554
Allen, TX  75013


Fife Municiple Court
3737 Pacific Hwy E
Fife, WA  98424


FMS Inc
4915 S Union Ave
Tulsa, OK  74107


Gecrb/jcp
Po Box 965005
Orlando, FL  32896


Gecrb/jcp
ATTENTION:  BANKRUPTCY
Po Box 103104
Roswell, GA  30076


IRS
Bankruptcy Correspondence
PO Box 21126
Philadelphia, PA  19114
```

King County
500 4th Ave  Room 613
Seattle, WA  98104


Kohls/capone
Po Box 3115
Milwaukee, WI  53201


Sears/cbna
Po Box 6282
Sioux Falls, SD  57117


Seattle Munciple Court
600 5th Ave
Seattle, WA  98104


Seattle Municipal Court
POB 34987
Seattle, WA  98124-4987


Target N.b.
Po Box 673
Minneapolis, MN  55440


Target N.b.
C/O FINANCIAL & RETAIL SERVICES
Mailstop Bv  P.o.box 9475
Minneapolis, MN  55440


Toyota Motor Credit
Address Not Available
Atlanta, GA  30309

Toyota Motor Credit
TOYOTA FINANCIAL SERVICES
Po Box 8026
Cedar Rapids, IA  52408


Transunion LLC
POB 1000
Chester, PA  19022


Washington Dept Of Licensing
POB 9031
Olympia, WA  98507-9031


Wells Fargo
Po Box 29704
Phoenix, AZ  85038


Wells Fargo
ATTENTION: BANKRUPTCY
Po Box 29704
Phoenix, AZ  85038


Wellsfargo
800 Walnut St
Des Moines, IA  50309


Wff Cards
Cscl Dispute Team
Des Moines, IA  50306


Wff Cards
ATTENTION: BANKRUPTCY
Po Box 10438
Des Moines, IA  50306