Judge: Timothy W. Dore
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARCELLO R MOTTOLA AND<br>STEFANIE I MOTTOLA,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 12-15646<br><br>NOTICE OF FINAL CURE PAYMENT |

**PLEASE TAKE NOTICE THAT THE AMOUNT REQUIRED TO CURE THE DEFAULT ON THE FOLLOWING CLAIM SECURED BY A SECURITY INTEREST IN DEBTOR'S PRINCIPAL RESIDENCE HAS BEEN PAID IN FULL:**

TO: **Wells Fargo Bank NA**
Court Claim No.: **3**

This Notice is made pursuant to Fed. R. Bankr. P. 3002.1.

**WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, YOU MUST FILE AND SERVE ON THE DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE A STATEMENT INDICATING** (1) whether you agree that the debtor has paid in full the amount required to cure the default and (2) whether, consistent with 11 U.S.C. § 1322(b)(5), the debtor is otherwise current on all payments. If applicable, the statement shall itemize any required cure or post-petition amounts that you contend remain unpaid as of the date of the statement.

IF YOU FAIL TO PROVIDE THE STATEMENT AND INFORMATION AS REQUIRED, you shall be precluded from presenting the omitted information, in any form, as evidence in any hearing or submission in any contested matter or adversary proceeding in the case, unless the Court determines that the failure was substantially justified or is harmless. In addition to or in lieu of this sanction, the Court may award other appropriate relief, including reasonable expenses and attorney's fees caused by the failure.

Dated: May 18, 2017

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

NOTICE OF FINAL CURE PAYMENT

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282

CM166

Case 12-15646-TWD    Doc 54    Filed 05/18/17    Ent. 05/18/17 09:10:22    Pg. 1 of 1