Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Marcello R Mottola |
| Debtor 2 (Spouse, if filing) | Stefanie I Mottola |
| United States Bankruptcy Court for the: Western District of Washington (Seattle) | |
| Case number | 12-15646 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Financial Washington 1, Inc.     **Court claim no.** (if known):     3

**Last 4 digits** of any number you use to identify the debtor's account:     9013

**Date of payment change:**
Must be at least 21 days after date of this notice     07/29/2017

**New total payment:**
Principal, interest, and escrow, if any     $2,531.87

**Uniform Claim Identifier:** WFCUSC1215646WAW54002994

---

**Part 1:     Escrow Account Payment Adjustment**

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes     Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: _____     New escrow payment: _____

**Part 2:     Mortgage Payment Adjustment**

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No

☑ Yes     Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why: _____

| | | | |
|---|---|---|---|
| Current interest rate: | 4.75% | New interest rate: | 5.25% |
| Current principal and interest payment: | $1,562.72 | New principal and interest payment: | $1,616.60 |

**Part 3:     Other Payment Change**

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes     Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____     New mortgage payment: _____

---

1098514-e51ad259-76ca-4743-83a9-75d2f9e9623a-

Case 12-15646-TWD     Doc 56     Filed 06/07/17     Ent. 06/07/17 13:12:45     Pg. 1 of 5

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim.  As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐   I am the creditor.

☑   I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X    /s/ Emily Marchino    Date   06/07/2017

Signature

Print: Emily Marchino    Title   VP Loan Documentation of Wells Fargo Bank N.A.,

First Name    Middle Name    Last Name    as Servicing Agent for Wells Fargo Financial

Company   Wells Fargo Bank, N.A.    Specific Contact Information:
Address    MAC N9286-01Y    P: 800-274-7025
           1000 Blue Gentian Road    E: NoticeOfPaymentChangeInquiries@wellsfargo.com
           Eagan, MN 55121-7700

# UNITED STATES BANKRUPTCY COURT

## Western District of Washington (Seattle)

Chapter 13 No. 12-15646

In re:

Judge: Timothy W. Dore

Marcello R Mottola and Stefanie I Mottola

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before June 08, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:                     By U.S. Postal Service First Class Mail Postage Prepaid:

                                          Marcello R Mottola
                                          Stefanie I Mottola
                                          24212 139th Ave SE
                                          Kent, WA 98042

Debtor's Attorney:          By U.S. Postal Service First Class Mail Postage Prepaid:

                                          Mark C McClure
                                          Law Office of Mark McClure PS
                                          1103 W Meeker St Ste 101
                                          Kent, WA 98032

Trustee:                    By U.S. Postal Service First Class Mail Postage Prepaid:

                                          K Michael Fitzgerald
                                          600 University St ;2200
                                          Seattle, WA 98101

/s/ Alicia Fisher

4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A.)



WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA 50306

STEFANIE I MOTTOLA
MARCELLO R MOTTOLA
24212 139TH AVE SE
KENT, WA 98042

| Account Information | |
|---|---|
| Telephone: | (866)-234-8271 |
| Fax: | (866) 278-1179 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon – Fri, 6 a.m. – 10 p.m. CT |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | |
| Property Address: | 24212  139TH AVE SE |
| | KENT WA 98042 |

May 17, 2017

## Changes to Your Mortgage Interest Rate and Payments on July 29, 2017

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a six month period during which your interest rate stayed the same. That period ends on 6/29/2017, so on that date your interest rate changes. After that, your interest rate may change every six months for the rest of your loan term.

| | Current Interest Rate And Monthly Payment | New Interest Rate And Monthly Payment |
|---|---|---|
| Interest Rate | 4.75000% | 5.25000% |
| Principal and Interest | $1,562.72 | $1,616.60 |
| Escrow | -none- | $915.27 |
| Total Monthly Payment | $1,562.72 | $2,531.87 (Due July 29, 2017) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". We round the result of this addition to the nearest one eighth of one percentage point (0.12500%). Under your loan agreement, your index rate is 4.00000% and your margin is 1.20000%. Your "Prime Rate; The Last Business Day Of The Month" index is published monthly by the Wall Street Journal.

**Interest Rate Limits:** Your Interest rate cannot go higher than 13.20000% during the life of the loan. Your interest rate cannot go lower than 3.50000% during the life of the loan. Your interest rate can increase on this Change Date by no more than 1.00000%. Your interest rate can decrease on this Change Date by no more than 1.00000%.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801
0000 001044  L-11740



| Account Information | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 24212 139TH AVE SE |
| | KENT WA 98042 |

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the "Prime Rate; The Last Business Day Of The Month" index, your margin, a projected loan balance of $225,592.02, and a remaining loan term of 216 months. Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Prepayment Penalty:** None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

Carolyn Romo

Carolyn Romo
Vice President
Wells Fargo Home Mortgage

0000 001044 L-11740

Case 12-15646-TWD    Doc 56    Filed 06/07/17    Ent. 06/07/17 13:12:45    Pg. 5 of 5